FILED
AUG 3 1 2026
Clerk, U.S. District and
Bankruptcy Courts

Alderman, Devorsetz & Hora
PLLC
1025 Conneticut Avenue NW,
Suite 615
Washington, DC 20036

Carson Properties, LLC
P.O. Box 5142 · Upper
Marlboro, Maryland 20775

District of Columbia Office of
Tax and Revenue
1101 4th Street SW, Suite 270
Washington, D.C. 20024

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346