ntpsd(04/26)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

**In re:**
Marcus Deangelo Fields
**Debtor**

**Case No.** 26−00444−ELG

**Chapter** 13

## NOTICE TO PRO SE DEBTOR

Our records show that you have filed a bankruptcy case without a lawyer. This is called filing "pro se." When you file pro se, you are still responsible for knowing and following the rules. You can find helpful information on the Court's website: https://www.dcb.uscourts.gov/understanding−bankruptcy.

Even though you are allowed to file a case without a lawyer, it can be very difficult to do it correctly. Bankruptcy can have a big effect on your money and legal rights. That is why it is a good idea to get a lawyer who understands bankruptcy law. Only a lawyer can give you legal advice about your case. People who help type forms, like document preparers, cannot give legal advice.

*The Court Cannot Give Legal Advice*
People who work at the Clerk's Office or for the judge are not allowed to give you legal advice. That means they cannot tell you: (1) What to do in your case; (2) How to follow a rule or order; and/or (3) How to fill out a form or other paper the right way.

*Where to Get Legal Help*
The following is a partial list of resources in the District.[1]
**MyDCLawyer:** You can find a lawyer through the D.C. Bar here: https://www.dcbar.org/for−the−public/hiring−a−lawyer.
**Lawyer Referral Service:** You can also email the Bar Association of D.C. at **LRS@badc.org** for help finding a lawyer.
**Free Legal Advice:** The D.C. Bar Pro Bono Center offers free legal advice through Advice and Referral Clinics. Learn more: https://www.dcbar.org/pro−bono/free−legal−help/help−for−individuals.
**Bankruptcy Help for Free or Low Cost:** If you are filing for Chapter 7 or Chapter 13 bankruptcy, you may qualify for free or low−cost help through the Bar Association of D.C.'s Bankruptcy Access to Justice Project. Request help here: https://www.badc.org/project/123/.
**Bankruptcy Assistance Center:** The Bankruptcy Assistance Center gives free advice to people filing without a lawyer. It is open on the first and third Friday of each month, from 10:00 a.m. to 1:00 p.m. Visit Rooms 1131−A and 1131−B at the E. Barrett Prettyman U.S. Courthouse.
**Common Bankruptcy Questions:** You can also visit https://bankruptcyresources.org/ for simple answers to common questions.

Dated: 8/31/26

For the Court:
Angela D. Caesar
BY: mb

Copies To: Debtor

---

[1]Inclusion of an organization or program in this list is not an endorsement or other recommendation from the Court of a specific program or organization. You should use your own judgment in selecting or accessing legal services. The list is accurate to the best information of the Court as of the date of this Notice.