**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Marcus Deangelo Fields**<br>**Debtor** | **Case No. 26-00444-ELG**<br><br>**Chapter 13** |

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

On 08/31/2026 an *Application for Individuals to Pay the Filing Fee in Installments* (ECF No. 7) (the "**Application**"), was filed by the above captioned individual debtor(s) (the "**Debtor(s)**"), to pay the chapter 13 filing fee in installments. Upon review of the Application, the Debtor(s) is authorized to pay the filing fee in installments as set forth herein. Therefore, it is **ORDERED that:**

1) The Debtor(s) shall pay the filing fee in installments as follows:

| Payment: | On or before: |
|---|---|
| $75.00 | 09/30/2026 |
| $75.00 | 10/30/2026 |
| $73.00 | 11/30/2026 |

**Total:** **$313.00**

2) Failure to pay the fee or make timely installment payments may lead to dismissal of this case.

3) If the debtor's(s') bankruptcy case is dismissed, the remaining filing fee is due and payable within 14 days following dismissal of the case and subsequent applications to pay filing fees in installment will be denied until all prior filing fees are paid in full.

4) Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

For the Court:
Angela D. Caesar
BY: MB
Dated: 08/31/2026

Copies to: Recipients of electronic notifications; Debtor; appointed trustee (if any)

ATTENTION DEBTORS: Electronic payments via debit card, bank account (ACH), or PayPal can be made at: www.dcb.uscourts.gov/paygov-online-payments

Receive your court notices and orders by mail through the DeBN program. Same−day delivery. Convenient Access. Free. Go to www.dcb.uscourts.gov for more information and to download the request form.