**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Marcus Deangelo Fields | ) | |
| | ) | Case No. 26-444 |
| Debtor. | ) | Chapter 13 |
| | ) | |

**MOTION TO EXTEND TIME**
**FOR FILING SCHEDULES AND STATEMENTS**
(Clerk Order per L.R. 1007-1(d))

COMES NOW the Debtor, Marcus Deangelo Fields, by counsel, and, pursuant to Fed. R. Bankr. P. Rule 1007(c) and Local Rule 1007-1(d), moves this honorable Court to extend the time for filing his schedules, statements, plan, and other initial documents as set forth in the notice filed on August 31, 2026 (Doc. #9), and in support thereof states the following:

1. The Debtor's statements, schedules and other documents are due on September 14, 2026.

2. Debtor requires additional time to gather information and prepare the necessary documents.

3. The Meeting of Creditors is scheduled for September 23, 2026.

4. A extension until September 16, 2026 (or later), will not adversely affect any party, and will still allow for the filing of the schedules well before the § 341 meeting of creditors. Being 7 days before the 341 meeting, this Motion may be automatically granted by the Clerk pursuant to Local Rule 1007-1(d).

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing Debtor's schedules, statements, plan and other

Daniel M. Press, DC Bar #419739
Law Offices of Daniel M Press
201 Washington St
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

initial documents from September 14, 2026 until September 16, 2026 (or later).

Dated: September 13, 2026.

Respectfully submitted,

_/s/ Daniel M. Press__________

Daniel M. Press, #419739
Law Offices of Daniel M Press
201 Washington St
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

**CERTIFICATE OF SERVICE**

This is to certify that on this 13th day of September, 2026, I caused to be served the foregoing Motion by CM/ECF upon the Chapter 13 Trustee, the US Trustee, and all parties requesting such notice.

_/s/ Daniel M. Press__________
Daniel M. Press