**Local Official Form 101**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Marcus Deangelo Fields ,**<br>**Debtor(s).** | **Case No. 26-444**<br><br>**Chapter 13** |

**<u>COVERSHEET FOR AMENDING CREDITORS OR CREDITOR INFORMATION</u>**

This notice is being filed in accordance with Local Rules 1009-1(b) and/or 1019-1(a) upon the filing of an amendment to the debtor's lists, schedules, or statements, pursuant to Bankruptcy Rules 1009 and/or 1019, which adds, deletes, or modifies a creditor.

I hereby certify that:

☒ The paper filed **<u>adds</u>** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added). I have:

1. remitted the required fee;
2. provided the Court with a supplemental List of Creditors **of only the added creditors** in the format specified by the Clerk, or electronically uploaded the added creditors in NextGen CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and/or
4. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ The paper filed **<u>removes</u>** a creditor(s) as reflected on the attached list (include name and address of each creditor being removed). I have:

1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service with the Court; and
3. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ The paper filed **<u>changes</u>** the address of a creditor(s) or an attorney for a creditor listed on the schedules, and/or adds the name and address of an attorney for a creditor listed on the schedules as reflected on the <u>attached list.</u> I have:

1. provided notice to affected parties, including service of a copy of this notice and a copy of the documents required by Local Rule 1009-1(b)(1)-(6) and filed a certificate of service with the Court; and
2. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a) or other paper.

**Local Official Form 101**

☐ The paper filed **amends** schedule D or E/F amount(s) or classification(s). I have:

1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service with the Court; and
3. filed an amended schedule(s) and summary of schedules as required by Local Rule 1009-1(a).

☐ None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ **does** or ☐ **does not** require the filing of an amended schedule and summary of schedules as required by Local Rule 1009-1(a).

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors, if applicable) or Bankruptcy Form 202, "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1009-1(a).

Dated 9/16/2026

Respectfully submitted,

_/s/ Daniel M. Press____________________

Daniel M. Press Bar #419739
Law Offices of Daniel M Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

DC Central Collection Unit
1101 4th St SW Suite W270
Washington, DC 20024

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107

Kamili DeFreitas
705 Brandywine St SE #204
Washington, DC 20032

Latino Economic Dev Corp
2316 18th St NW
Washington, DC 20009

Maryland Central Collection Unit
300 West Preston St
Baltimore, MD 21201

Pepco
PO Box 97274
Washington, DC 20090