UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Marcus Deangelo Fields | ) | |
| | ) | Case No. 26-444 |
| Debtor. | ) | Chapter 13 |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that on this 16th day of September, 2026, I caused the Coversheet for Amending Creditors or Creditor Information, and a copy of the documents required by Local Rule 1009-1(b)(1)-(6):

(1) the Amendment and Official Local Form 101;
(2) the original notice of the meeting of creditors;
(3) n/a
(4) n/a
(5) n/a
(6) Chapter 13 Plan

to be served on the added creditors (and all creditors) per the attached matrix.

_/s/Daniel M. Press_
Daniel M. Press

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

DC Central Collection Unit
1101 4th St SW Suite W270
Washington, DC 20024

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107

Kamili DeFreitas
705 Brandywine St SE #204
Washington, DC 20032

Latino Economic Dev Corp
2316 18th St NW
Washington, DC 20009

Maryland Central Collection Unit
300 West Preston St
Baltimore, MD 21201

Pepco
PO Box 97274
Washington, DC 20090